IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No. | 5:16-CR-12 (FJS) |
| v. | ) **Indictment** | |
| **LOREN WOODARD and COREY DANIELS,** | ) Violations: | 18 U.S.C. § 922(g) [Felon in Possession of Firearm]; 18 U.S.C § 922(j) [Possession of Stolen Firearm]; 18 U.S.C. § 922(k) [Possession of Firearm with Obliterated Serial Number] |
| | ) 10 Counts | |
| **Defendants.** | ) County of Offense: | Jefferson |

## THE GRAND JURY CHARGES:

### COUNT 1
[Felon in Possession of a Firearm]

On or about April 30, 2015, in Jefferson County in the Northern District of New York, the defendant, **LOREN WOODARD**, having been convicted in a court of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed in and affecting commerce, a firearm, that is a Smith & Wesson, Model SW40VE 40 caliber pistol, Serial Number RBY3256, manufactured in Connecticut, in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT 2
[Felon in Possession of Ammunition]

From on or about April 30, 2015 to on or about May 2, 2015, in Jefferson County in the Northern District of New York, the defendant, **LOREN WOODARD**, having been convicted in a court of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed in and affecting commerce, ammunition, that is four Rounds of Winchester 30-06

ammunition manufactured in Illinois and Mississippi, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 3
### [Felon in Possession of a Firearm]

From on or about April 30, 2015 to on or about May 5, 2015, in Jefferson County in the Northern District of New York, the defendant, **LOREN WOODARD**, having been convicted in a court of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed in and affecting commerce, one or more firearms, that is:

1. a Harrington & Richardson Model 686, 22 caliber revolver, serial number defaced, manufactured in Massachusetts; and

2. a Marlin, Model 30AS, 30-30 Win rifle, serial number 11039928, manufactured in Connecticut;

in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 4
### [Felon in Possession of a Firearm]

On or about May 5, 2015, in Jefferson County in the Northern District of New York, the defendant, **LOREN WOODARD**, having been convicted in a court of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed in and affecting commerce, one or more firearms, that is:

1. a J. Stevens Arms, Model Stevens Visible Loader, 22 caliber rifle, Serial Number W848, manufactured in Massachusetts;

2. a Marlin Model 39A 22 caliber rifle, Serial Number M3335, manufactured in Connecticut; and

3. a Harrington & Richardson 12 gauge shotgun, Serial Number 49955, manufactured in Massachusetts;

in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 5
### [Possession of a Stolen Firearm]

On or about April 30, 2015, in Jefferson County in the Northern District of New York, the defendant, **LOREN WOODARD**, knowingly possessed a stolen firearm which had been shipped and transported in interstate commerce before it was stolen, knowing and having reasonable cause to believe that the firearm was stolen, that is a Smith & Wesson, Model SW40VE 40 caliber pistol, Serial Number RBY3256, manufactured in Connecticut, in violation of Title 18, United States Code, Section 922(j).

## COUNT 6
### [Possession of Stolen Ammunition]

From on or about April 30, 2015 to on or about May 2, 2015, in Jefferson County in the Northern District of New York, the defendant, **LOREN WOODARD**, knowingly possessed stolen ammunition which had been shipped and transported in interstate commerce before it was stolen, knowing and having reasonable cause to believe that the ammunition was stolen, that is four rounds of Winchester 30-06 ammunition manufactured in Illinois and Mississippi, in violation of Title 18, United States Code, Section 922(j).

## COUNT 7
### [Possession of a Stolen Firearm]

From on or about April 30, 2015 to on or about May 5, 2015, in Jefferson County in the Northern District of New York, the defendant, **LOREN WOODARD**, knowingly possessed one or more stolen firearms which had been shipped and transported in interstate commerce before it was stolen, knowing and having reasonable cause to believe that the firearm was stolen, that is:

1. a Harrington & Richardson Model 686, 22 caliber revolver, serial number defaced, manufactured in Massachusetts; and

2. a Marlin, Model 30AS, 30-30 Win rifle, serial number 11039928, manufactured in Connecticut;

in violation of Title 18, United States Code, Section 922(j).

### COUNT 8
### [Possession of a Firearm with an Obliterated Serial Number]

From on or about April 30, 2015 to on or about May 5, 2015, in Jefferson County in the Northern District of New York, the defendant, **LOREN WOODARD**, knowingly possessed a firearm which had had the manufacturer's serial number removed, obliterated, and altered and had been shipped and transported in interstate commerce, that is a Harrington & Richardson Model 686, 22 caliber revolver, serial number defaced, manufactured in Massachusetts,

in violation of Title 18, United States Code, Section 922(k).

### COUNT 9
### [Felon in Possession of a Firearm]

On or about April 30, 2015, to May 10, 2015, in Jefferson County in the Northern District of New York, the defendant, **COREY DANIELS**, having been convicted in a court of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed in and affecting commerce, a firearm, that is a Smith & Wesson, Model SW40VE 40 caliber pistol, Serial Number RBY3256, manufactured in Connecticut, in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT 10
### [Possession of a Stolen Firearm]

On or about April 30, 2015, to May 10, 2015, in Jefferson County in the Northern District of New York, the defendant, **COREY DANIELS**, knowingly possessed a stolen firearm which had been shipped and transported in interstate commerce before it was stolen, knowing and having reasonable cause to believe that the firearm was stolen, that is a Smith & Wesson, Model

SW40VE 40 caliber pistol, Serial Number RBY3256, manufactured in Connecticut, in violation of Title 18, United States Code, Section 922(j).

Dated: January 27, 2016

A TRUE BILL; **Name Redacted**

Grand Jury Foreperson

RICHARD S. HARTUNIAN
United States Attorney

By: ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Nicolas Commandeur
Assistant United States Attorney
Bar Roll No. 518984