Prob 12B
(rev. 09/21)

# United States District Court
## for the Northern District of New York

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Loren Woodard                           Case Number: 5:16CR000012-001

Name of Sentencing Judicial Officer: Hon. Frederick J. Scullin, Jr., Senior U.S. District Judge

Date of Original Sentence: October 17, 2016

Original Offense: Felon in Possession of a Firearm and Possession of a Stolen Firearm

Original Sentence: 84 months imprisonment; 3 years supervised release

Type of Supervision: Supervised Release                   Date Supervision Commenced: June 7, 2021

## PETITIONING THE COURT

☐   To extend the term of supervision for Term Extension years, for a total of Total Term years.

☒   To modify the conditions of supervision as follows:

1. Based upon your history of substance abuse, and for the purpose of effective substance abuse treatment programming, you must refrain from the use of alcohol and be subject to alcohol testing and treatment while under supervision.

## CAUSE

On October 17, 2016, Woodard was sentenced to 84 months imprisonment with 3 years supervised release after he pleaded guilty to Felon in Possession of a Firearm and Possession of a Stolen Firearm. His term of supervised release commenced on June 7, 2021.

On October 20, 2022, a home visit was conducted, and Woodard was found to be under the influence of alcohol. Of note, Woodard does not have a condition restricting him from the use of alcohol at this time. During this visit, Woodard informed that he would drink alcohol to assist him with going to sleep. Woodard was counseled on the framework of addiction and that he should exercise caution if he decided to consume alcohol with his prescription medications.

On November 15, 2022, Woodard called the probation office and informed that he checked himself into the detox facility in Gouverneur, NY. Woodard further explained that his doctor stopped prescribing him his medication that was a controlled substance because he was not taking them as prescribed, in that he was taking less than what he was supposed to. Woodard also admitted to drinking alcohol with the prescribed controlled substance. Woodard explained that he admitted himself to detox because he was concerned about withdrawing from the medication and was worried about having seizures as he has had in the past.

Prob 12B
(rev. 09/21)

Woodard has an extensive substance abuse history as noted in the presentence report (2016). He has informed that he will be weaning himself off his prescribed medication for anxiety (controlled substance) and plans to abstain from alcohol as well.

Of note, Woodard rents a bedroom from a friend in Watertown, NY and he is employed full-time as a tow truck driver and mechanic.

The probation office respectfully requests that the Court consider modifying Woodard's conditions to restrict him from alcohol use. The proposed condition will allow probation to hold Woodard accountable to his wish to not drink alcohol and to mitigate his risk of relapse with other illicit substances. Woodard was presented with and signed Probation Form 49, Waiver of a Hearing to Modify Conditions.

Respectfully submitted,

Approved by: _____  
William Parker  
Supervisory U.S. Probation Officer

By: _____  
Matthew Gilchriest  
U.S. Probation Officer

Date: December 6, 2022

## THE COURT ORDERS:

☐ No Action  
☐ The Extension of Supervision as Noted Above  
☒ The Modification of Conditions as Noted Above  
☐ Other

_____  
Honorable Frederick J. Scullin, Jr.  
Senior U.S. District Judge

December 6, 2022  
Date

PROB 49
(Rev. 6/10)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

Waiver of Hearing to Modify Conditions
or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have a right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. **I am fully aware this is only a proposal to the Court to address the alleged violation(s) and it is in no way binding upon the Court. The Court has the discretion to order a hearing which could result in a different sanction being imposed.** I agree to the following modification of my conditions or to the proposed extension of my term of supervision.

1. Based upon your history of substance abuse, and for the purpose of effective substance abuse treatment programming, you must refrain from the use of alcohol and be subject to alcohol testing and treatment while under supervision.

Witness: _____    Signed: _____
Matthew Gilchriest                           Loren Woodard
U.S. Probation Officer

_____
11/30/2022
Date